ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

CV 10-4016

AUG 17 2010

BROOKLYN OFFICE

DEARIE, CH. J.
BLOOM, M.J.

Qiydaar M. Reddick,
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓    NO ____

-against-

Richard Kopacz, Leonard P.
Rienzi, Karren Varriale, Michael
Shollar, 120 pct., Gregory Silverman
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 30 2010 ★

BROOKLYN OFFICE

Defendants.
------------------------------------------------x

I. Previous Lawsuits:

   A. Have you begun other lawsuits in state or federal court
      dealing with the same facts involved in this action or
      otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below
      (If there is more than one lawsuit, describe the additional lawsuits
      on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiffs:    _____
                        _____

         Defendants:    _____
                        _____

      2. Court (if federal court, name the district;
         if state court, name the county)
         _____

      3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: <u>18-18 Hazen Street, E. Elmhurst N.Y. 11370</u>

    A. Is there a prisoner grievance procedure in this institution? Yes ( ) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

    C. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not <u>because they can't help me with legal issues.</u>

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

    F. If your answer is YES,

        1. What steps did you take? <u>Send letters & paperwork to higher up courts & other agencies & they all told me the same thing, that they can't help me.</u>

        2. What was the result? <u>No help & now I'm filing this paperwork.</u>

III.  Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Mr. Qiydaar Reddick

Address 18.18 Hazen Street, C.95, E. Elmhurst N.y. 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  Richard Kopacz
60 Bay Street, Suite #802
Staten Island New york 10301

Defendant No. 2  Karren Varriale & Mike Shollar
130 Stuyvsesant place 7th floor
Staten Island New york 10301

Defendant No. 3  Leonard P. Rienzi
18 richmond Terrace
Staten Island New york 10301

Defendant No. 4  Gregory Silverman
130 Stuyvsesant place
Staten Island New york 10301

Defendant No. 5  120 pct. Det. Squad section
78 Richmond terrace
Staten Island New york 10301

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

On may 27, 2009, I was in my friends apartment when the police broke in & beat me up. They violated my U.S.C.A. rights. On May 29, 2009 I went to criminal court, but on June 15, 09 Richard Kopacz my then lawyer waived my rights without my consent. Karren Varnake & Michael Shollar knows that what they are doing to me is malicious & frivolus pros. There is a Audio recording clearing me of all of the criminal charges & nobody cares about my rights. I have the proof & can provide this to you & your court (There is to much to put down on paper it would proballly take 10-15 pages to put down everything. I will number a fact on additional paper for each one that has violated my rights) They even falsified legal documents with my case & I can prove that as well. Leonard P. Reinzi could have let me go but he wants them to convict me

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

I was taken to Richmond Uni. Medical center (St. Vincent's on Staten Island). I had cuts & bruises from getting beat up by the police. I was also prescribe mussle relaxers & pain killers for the pain that was inflicted on me by the 120 pct. (N.y.pd) when they violated my U.S.C.A. rights on May 27, 2009 in the hours between 9am-1pm.

4

continued statement of claim;

(1) On May 27,2009, the day that I was beaten up by the police from the 120 pct., they had violated my U.S.C.A. right #4 when they broke into my friends old apartment and arrested me without any type of warrants what so ever. I was also treared at R.U.M.C. (St. Vincent's Hospital) for my injuries that I recived by the police that morning. 120 pct.

(2) On June 15,2009, I was in criminal court with my first lawyer who was a conflict of intrest, because he was repesenting me and my accuser at the same time while my case was pending before any grand jury proceedings. He waived my rights to the grand jury without my consent, while he was the lawyer for me and my accuser on June 15,2009, and after he waived my rights and stood in for my accuser he then dropped from my case, and the next day I got indicted, which is a violation of my due process and my U.S.C.A. #6 because he was a ineffective assistance of counsel. Richard Kopacz

(3) In April of 2009, I had gotten a confession from my accuser clearing me of the charges that are pending against me. Both parties/sides got a copy of said audio. To this day I have been a victim of unlawful imprisonment and Malicious prosecution as well as frivolus prosecution. I've been and am a victim of a unjustice legal system in Richmond County. Karren Varricke

(4) In May of 2010, I obtained perjury papers from a one person named Michael Shollar, that he had sent to one of the Judges in a Manhattan Supreme Court, where he not only did not dispute the fact that my U.S.C.A. were violated. Michael shollar

(5) On May 28,2009, Gregory Silverman, made a sworn statement that he had gotten from my accuser where he swore to peantly of perjury. In the " people " V.D.F. form he said he was my or they said he was my arresting officer which was and is false. Gregory silverman

(6) Since May 27,2009, I have been beat up by the police, I've been abused by the Richmond county legal system, I'm a victim of police bruialty, profes. misconduct by the Richmond County legal system and also for the fact that they even falsified legal documents with the time and place of my arrest, and there is video footage that would also prove that.

I am trying to brief with this, so I'm giving you the short version of this matter.

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

I seek to be compensated for my unlawful imprisonment, false arrest, malicious prosecution, police misconduct, medical treatment, emotional distress, pain & injuries that have been inflicted on me the whole time that I have been incarcerated. I also want to be compensated for degrading my name & I also would like a public apology for the malicious prosecution from Richmond County legal system. I also want a investigation in to Richmond County legal system.

I declare under penalty of perjury that on __August 13 2010__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __13__ day of __August__, 20__10__ I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

__A.M.K.C. (C-95)__
Name of Prison Facility

__18-18 Hazen street__
__Quad 3 Lower 7 cell__
__East Elmhurst New York 11370__
Address

__825·09·01155__
Prisoner ID#